EUGENE ILLOVSKY (CA SBN 117892)
EIllovsky@mofo.com
MORRISON & FOERSTER LLP
101 Ygnacio Valley Road, Suite 450
P.O. Box 8130
Walnut Creek, California 94596-8130
Telephone: 925.295.3300
Facsimile: 925.946.9912

Attorneys for Defendant
DARLENE CRABTREE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. CR 06-0565 SI |
|---|---|
| Plaintiff, | **DEFENDANT DARLENE CRABTREE'S APPLICATION FOR WAIVER OF APPEARANCE AND [PROPOSED] ORDER** |
| v. | |
| PRISCILLA HUNTER, et al., | |
| Defendants. | |

Defendant Darlene Crabtree, having been advised of her right to be present at all stages of the proceedings, hereby waives the right to be present at the hearing of any future conferences or motions or hearings upon questions of law in this case (Fed. R. Crim. Proc. 43). Crabtree asks the Court to proceed during every absence the Court may permit pursuant to this waiver, and agrees that her interests are represented at all times by the attorney appointed to represent her as if she were personally present in Court. Crabtree further agrees that notice to her attorneys requiring her presence in Court on a particular day at a particular time is notice to her that her appearance at that time and place is required.

Dated: January 31, 2007

*/s/ Darlene Crabtree*
Darlene Crabtree

DEF. DARLENE CRABTREE'S APP. FOR WAIVER OF APPEARANCE          1
CR 06-0565 SI
wc-128181

I am an attorney of record for defendant Darlene Crabtree in the above-entitled case and I hereby approve of the above waiver of defendant Darlene Crabtree.

Dated: January 31, 2007

EUGENE ILLOVSKY
MORRISON & FOERSTER LLP

By: /s/ Eugene Illovsky
Eugene Illovsky
Attorneys for Defendant
DARLENE CRABTREE

[PROPOSED] ORDER

For the reasons set forth in this application, and good cause shown, the defendant Darlene Crabtree's waiver of appearance for ~~conferences and motions or hearings upon questions of law is hereby GRANTED.~~ the conference on 2/6/07.

IT IS SO ORDERED

DATED:

/s/ Susan Illston
THE HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT COURT JUDGE

DEF. DARLENE CRABTREE'S APP. FOR WAIVER OF APPEARANCE
CR 06-0565 SI
wc-128181