EUGENE ILLOVSKY (CA SBN 117892)
EIllovsky@mofo.com
MORRISON & FOERSTER LLP
101 Ygnacio Valley Road, Suite 450
P.O. Box 8130
Walnut Creek, California 94596-8130
Telephone: 925.295.3300
Facsimile: 925.946.9912

Attorneys for Defendant
DARLENE CRABTREE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PRISCILLA HUNTER, et al.,<br><br>Defendants. | Case No. CR 06-0565 SI<br><br>**DEFENDANT DARLENE CRABTREE'S APPLICATION FOR WAIVER OF APPEARANCE AT APRIL 2, 2007 STATUS CONFERENCE AND [PROPOSED] ORDER** |

Defendant Darlene Crabtree ("Crabtree"), having been advised of her right to be present at all stages of the proceedings, hereby waives the right to be present at the April 2, 2007 status conference (Fed. R. Crim. Proc. 43). Crabtree asks the Court to proceed during her absence from this hearing, and agrees that her interests are represented at all times by the attorney appointed to represent her as if she were personally present in Court. Crabtree further agrees that notice to her attorneys requiring her presence in Court on a particular day at a particular time is notice to her that her appearance at that time and place is required.

Dated: March 12, 2007

                                       /s/ Darlene Crabtree
                                       Darlene Crabtree

DEF. DARLENE CRABTREE'S APP. FOR WAIVER OF APPEARANCE AT APRIL 2, 2007 STATUS CONFERENCE
1
CR 06-0565 SI
wc-128875

I am an attorney of record for defendant Darlene Crabtree in the above-entitled case and I hereby approve of the above waiver of defendant Darlene Crabtree.

Dated: March 12, 2007

EUGENE ILLOVSKY
MORRISON & FOERSTER LLP

By: /s/ Eugene Illovsky
Eugene Illovsky

Attorneys for Defendant
DARLENE CRABTREE

## [PROPOSED] ORDER

For the reasons set forth in this application, and good cause shown, the defendant Darlene Crabtree's waiver of appearance for the April 2, 2007 hearing is hereby GRANTED.

IT IS SO ORDERED

DATED: _____
THE HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT COURT JUDGE

DEF. DARLENE CRABTREE'S APP. FOR WAIVER OF APPEARANCE AT APRIL 2, 2007 STATUS CONFERENCE
2
CR 06-0565 SI
wc-128875