1   EUGENE ILLOVSKY (CA SBN 117892)
    EIllovsky@mofo.com
2   MORRISON & FOERSTER LLP
    101 Ygnacio Valley Road, Suite 450
3   P.O. Box 8130
    Walnut Creek, California 94596-8130
4   Telephone: 925.295.3300
    Facsimile: 925.946.9912
5
    Attorneys for Defendant
6   DARLENE CRABTREE

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,           Case No.   CR 06-0565 SI

12                     Plaintiff,          DEFENDANT DARLENE
                                           CRABTREE'S APPLICATION
13         v.                              FOR WAIVER OF APPEARANCE
                                           AT JUNE 1, 2007 STATUS
14   PRISCILLA HUNTER, et al.,             CONFERENCE AND
                                           [PROPOSED] ORDER
15                     Defendants.

16

17         Defendant Darlene Crabtree ("Crabtree"), having been advised of her right to be present at all

18   stages of the proceedings, hereby waives the right to be present at the June 1, 2007 status conference

19   (Fed. R. Crim. Proc. 43). Crabtree asks the Court to proceed during her absence from this hearing,

20   and agrees that her interests are represented at all times by the attorney appointed to represent her as

21   if she were personally present in Court. Crabtree further agrees that notice to her attorneys requiring

22   her presence in Court on a particular day at a particular time is notice to her that her appearance at

23   that time and place is required.

24         Dated: May 10, 2007

25                                         _Darlene Craft_____

26                                         Darlene Crabtree

27

28   DEF. DARLENE CRABTREE'S APP. FOR WAIVER OF APPEARANCE AT JUNE 1, 2007 STATUS CONFERENCE
                                            1
     CR 06-0565 SI
     wc-130284

1       I am an attorney of record for defendant Darlene Crabtree in the above-entitled case and I

2   hereby approve of the above waiver of defendant Darlene Crabtree.

3   Dated: May 10, 2007                          EUGENE ILLOVSKY
                                                 MORRISON & FOERSTER LLP
4

5
                                        By:  /s/ Eugene Illovsky
6                                            Eugene Illovsky

7                                            Attorneys for Defendant
                                             DARLENE CRABTREE
8

9

10                               **[PROPOSED] ORDER**

11      For the reasons set forth in this application, and good cause shown, the defendant Darlene

12  Crabtree's waiver of appearance for the June 1, 2007 hearing is hereby GRANTED.

13      IT IS SO ORDERED

14  DATED:

15                                           THE HONORABLE SUSAN ILLSTON
                                             UNITED STATES DISTRICT COURT JUDGE
16

17

18

19

20

21

22

23

24

25

26

27

28  DEF. DARLENE CRABTREE'S APP. FOR WAIVER OF APPEARANCE AT JUNE 1, 2007 STATUS CONFERENCE
                                             2
    CR 06-0565 SI
    wc-130284